United States District Court
Southern District of Texas
**ENTERED**
October 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AGGIELAND INFINITY REAL ESTATE MANAGEMENT, INC. AND SILAS MONTGOMERY, <br><br> Plaintiffs, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY FSB, RESIDENTIAL MORTGAGE AGGREGATION TRUST, CHURCHILL FUNDING I, LLC, ASSURED LENDER SERVICES INC. AND EASY FINANCIAL, LLC <br><br> Defendants, | CIVIL ACTION NO. 4:23-cv-02606 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties have filed a Stipulation of Dismissal Without Prejudice requesting the Court enter an order dismissing this case without prejudice.  The Court therefore enters the following Order:

IT IS ORDERED that that above-numbered cause of action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that all costs shall be paid by the party incurring same.

IT IS FURTHER ORDERED that the Clerk shall close the Case.

IT IS SO ORDERED.

Signed on this __10th__ day of _____October_____, 2023.

_____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE